**MEMO ENDORSED**

Skilled Advocacy. Practical Solutions.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/1/2016__

May 27, 2016

<u>VIA ECF</u>
Judge Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

          Re:    *Debra Simmons et al. v. Guthy-Renker, LLC et al.*
                  Case No. 1:15-cv-10026 (VEC)

Dear Judge Caproni:

      Our firm represents Defendant Guthy-Renker, LLC in the above-referenced matter. We write in conjunction with counsel for Defendant WEN by Chaz Dean, Inc. ("Defendants") for the purpose of requesting that the Court stay this matter, including all discovery and briefing on Plaintiffs' Motion for Class Certification, until August 2, 2016, the day after the hearing on the Motion for Preliminary Approval of Class Settlement in the *Friedman* matter, venued in California (Case No. CV-14-06009-ODW).[1]

      Recently, the *Friedman* parties reached a tentative class-wide settlement.[2]  Based on the *Friedman* Court's May 12, 2016 Order, the deadline for the parties to file their Motion for Preliminary Approval is June 24, 2016 and the Motion has been set for a hearing on August 1, 2016 at 1:00 p.m. Pacific Standard Time.[3]  Because the *Friedman* matter involves a class of plaintiffs asserting nearly identical (and often verbatim) allegations against Guthy-Renker, LLC and Wen by Chaz Dean, Inc. as those alleged within the *Simmons* Complaint, the *Friedman* settlement will subsume the claims within *Simmons* Complaint in the above-referenced matter in their entirety.

      Moreover, on May 12, 2016, the *Friedman* Court granted Plaintiffs' Motion for Appointment as Interim Class Counsel, wherein the Court found "the appointment of interim of class counsel appropriate . . . [as] there are currently two pending actions based on the same

---

[1] *See Friedman* Docket, No. 145.
[2] *See Friedman* Docket No. 144 (Joint Status Report Regarding Mediation).
[3] *See id*.



Judge Valerie E. Caproni
May 27, 2016
Page 2

allegations of misconduct against the same defendants, both of which seek to certify virtually identical classes."[4]  Therefore, to "protect the significant amount of time, effort, and resources the parties have expended reaching this settlement, appointment of interim class counsel is necessary."[5]

      As such, Defendants respectfully request this Court stay the above-referenced matter until August 2, 2016 including all discovery and briefing on Plaintiffs' Motion for Class Certification. The undersigned counsel conferred with Plaintiffs' counsel and confirmed they are in agreement with the requested stay.

Request GRANTED.  The case, including all discovery and briefing on class certification, is STAYED until August 2, 2016.  On or before August 5, 2016, the parties must submit a joint letter to update the Court regarding the status of settlement in the Friedman matter.

SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
June 1, 2016

LEWIS WAGNER, LLP

By:   s/ *Dina M. Cox*
     Dina M. Cox (admitted *pro hac vice*)
     dcox@lewiswagner.com
     Neal Bowling (admitted *pro hac vice*)
     nbowling@lewiswagner.com
     Janelle P. Kilies (admitted *pro hac vice*)
     jkilies@lewiswagner.com

     501 Indiana Avenue, Suite 200
     Indianapolis, IN 46202
     Tel: (317) 237-0500
     Fax: (317) 630-2790

     *Counsel for Defendant*
     *Guthy-Renker, LLC*

---

[4] *See Friedman* Docket No. 146, p. 4.
[5] *See id*. Note, within the *Friedman* Court's May 12, 2016 Order, the Clerk of the Court was directed to mail a copy of the Order to this Court.